# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Earl B. Williams,                                     Civil No. 12-CV-1143 (PJS/TNL)

      Plaintiff,

v.                                                    **ORDER**

Hennepin Health Systems, Inc. et al.,

      Defendant.

---

Christopher R Walsh
Walsh Law Firm
100 South 5th Street
Suite 1025
Mpls, MN 55402

---

      Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 13, 2012 (Docket No.3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

      LET JUDGMENT BE ENTERED ACCORDINGLY.


Date: 01/07/13                                        s/Patrick J. Schiltz
                                                            The Honorable Patrick J. Schiltz
                                                            United States District Court Judge
                                                            for the District of Minnesota